**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS**

ALISON M. PLAHITKO and TIFFANY N. JACKSON, individually and on behalf of all others similarly situated,,

Plaintiff,

v.

COMMUNITY HEALTH NETWORK, INC.,

Defendant.

Case No.:  1:25-CV-00520-JPH-TAB

**CLASS ACTION COMPLAINT**

**FLSA COLLECTIVE ACTION COMPLAINT**

## ORDER GRANTING JOINT MOTION FOR ORDER EXTENDING STAY OF THIS LITIGATION

This matter is before the Court on the Parties' Joint Status Report and Motion for an Order Extending the Stay of this Litigation, and finding good cause, the Court grants the motion. [Filing No. 35.]

IT IS THEREFORE ORDERED that this action is stayed in all respects, including all currently pending deadlines, until **February 24, 2026**, by which time the parties shall file a joint status report with the Court.

Date: 11/24/2025

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to ECF counsel of record via CM/ECF