### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS

| | |
|---|---|
| ALISON M. PLAHITKO and TIFFANY N. JACKSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH NETWORK, INC.,<br><br>      Defendant. | **Case No.  1:25-CV-00520-TAB-JPH**<br><br>**CLASS ACTION COMPLAINT**<br><br>**FLSA COLLECTIVE ACTION COMPLAINT** |

### ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

On April 17, 2026, the parties filed their Joint Motion for Preliminary Approval of Class Settlement, seeking preliminary approval of the parties' proposed settlement and certification of a settlement class in this action; approval of the notice of settlement to be sent to all settlement class members; and the setting of a date for the hearing on final approval of the settlement.

The Court having read and considered the papers on the motion, the arguments of counsel, if applicable, and the law, and good cause appearing therefore,

IT IS ORDERED:

1.      The parties' Settlement Agreement (the "Settlement") is preliminarily approved as it meets the criteria for preliminary settlement approval.  The Settlement appears to be the product of arms-length and informed negotiations and to treat all Class Members fairly, and falls within the range of possible approval as fair, adequate, and reasonable.

2.      The parties' proposed notice plan is constitutionally sound because individual notices will be mailed to all Class Members whose identities are known to the parties, and such notice is the best notice practicable.  The parties' proposed Notice of Proposed Class Settlement and Final Approval Hearing ("Class Notice") (Settlement Agreement, Exh. A) is sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their right

to object to the Settlement, their right to receive a Settlement Share or opt out of the Settlement and the processes for doing so, and the date and location of the final approval hearing, and are therefore approved.

3.    The proposed settlement class, satisfies the requirements of a settlement class because the Class Members are readily ascertainable from employment records and a well-defined community of interest exists in the questions of law and fact affecting the parties.  As set forth in the Settlement, the Class that is provisionally approved and certified solely for the purpose of entering a settlement in this matter is defined as follows:

> Present and former employees of Community who worked in non-exempt hourly positions during the period March 19, 2023 to April 16, 2026.

4.    Plaintiffs Allison M. Plahitko and Tiffany N. Jacksonn are appointed as the Class Representatives.

5.    Robert P. Kondras of Hassler Kondras Miller LLP and Robert J. Hunt of the Law Office of Robert J. Hunt, LLC are appointed as Class Counsel.

6.    Analytics Consulting, LLC is appointed to act as the Settlement Administrator, pursuant to the terms set forth in the Settlement.

7.    The Class Notice shall be disseminated according to the notice plan described in the Settlement and in substantially the form submitted by the parties as Exhibit A to the Settlement.  Proof of distribution of notice shall be filed by the parties at or prior to the final approval hearing.

8.    Defendant is directed to provide the Settlement Administrator no later than fourteen (14) days after the date of entry of this order the list of Class Members' data, as specified by the Settlement.

9.    The Settlement Administrator is directed to mail the approved Class Notice by first-class U.S. Mail to the Class Members no later than fifteen (15) days after receipt of the Class Members' data from Defendant, as specified by the Settlement.

10.     Subject to the terms of the Settlement and Class Notice, any Class Member who wishes to object to any term of the Settlement must submit his or her objection to the Settlement Administrator, postmarked no later than forty-five (45) days after the mailing of the Class Notice. The objection shall indicate whether the Class Member intends to appear at the final approval hearing. Class Members who fail to indicate that they intend to appear at the final approval hearing shall not be heard at the final approval hearing.

11.     Subject to the terms of the Settlement and Class Notice, any Class Member may submit an Election Not to Participate in Settlement postmarked no later than forty-five (45) days after the mailing of the Class Notice.

12.     Plaintiffs are directed to file with the Court no later than fourteen (14) days before the final approval hearing a motion for final approval of the Settlement.

13.     Class Counsel is directed to file with the Court no later than fourteen (14) days before the final approval hearing any request for the Class Representative Payment and Class Counsel Fees and Expenses Payment.

14.     Plaintiffs may file a reply in support of her motion for final approval of the Settlement no later than five (5) days before the final approval hearing.

15.     **A final hearing will be held before United States Magistrate Judge Tim A. Baker on September 22, 2026, at 10:30 a.m. in Room 238, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. All persons entering the United States Courthouse must have photo identification.** This hearing is to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider Plaintiff and Class Counsel's request for the Class Representative Payment and Class Counsel Fees and Expenses Payment.

16.     The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

**SO ORDERED.**

Date: 4/20/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution List:
To all registered counsel electronically via CM/ECF distribution.